# NO. 12-14-00153-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN RE: STATE EX REL.* | § | |
| *MICHAEL E. JIMERSON,* | § | *ORIGINAL PROCEEDING* |
| *RELATOR* | § | |

### *MEMORANDUM OPINION*
### *PER CURIAM*

Michael E. Jimerson filed this original mandamus proceeding in his capacity as County Attorney for Rusk County, Texas. In his mandamus petition, the County Attorney complained of the trial court's order denying his motion to quash a subpoena to provide trial testimony. On February 11, 2015, this Court conditionally granted the County Attorney's petition and directed Respondent to vacate his June 6, 2014 order denying the County Attorney's motion to quash. Respondent has now complied with this Court's opinion and order, rendering this proceeding moot. Accordingly, we ***dismiss*** the County Attorney's petition for writ of mandamus as ***moot***.

Opinion delivered February 27, 2015.
*Panel consisted of Worthen, C.J., Neeley, J., and Bass, Retired J, Twelfth Court of Appeals, sitting by assignment.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**FEBRUARY 27, 2015**

**NO. 12-14-00153-CV**

**MICHAEL E. JIMERSON,**
Relator
V.
**HON. GUY W. GRIFFIN,**
Respondent

### ORIGINAL PROCEEDING

ON THIS DAY came to be heard the petition for writ of mandamus filed by **MICHAEL E. JIMERSON,** who is the relator in Cause No. 2010-017, pending on the docket of the 4th Judicial District Court of Rusk County, Texas. Said petition for writ of mandamus having been filed herein on June 13, 2014, and the same having been duly considered, because it is the opinion of this Court that this original proceeding should be dismissed as moot, it is therefore CONSIDERED, ADJUDGED and ORDERED that the said petition for writ of mandamus be, and the same is, hereby **dismissed as moot**.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Neeley, J. and Bass, Retired J, Twelfth Court of Appeals, sitting by assignment.*